EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

LODGED JUN 0 1 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 0 7 2005
at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00496-11 HG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| KEITH CARDINES,       (11) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Keith Cardines ("Defendant Cardines") on the grounds that Defendant Cardines was charged and sentenced in an Information, Cr. No. 04-00437 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Cardines in the Indictment for Cr. No. 03-00496 HG after sentencing.

Defendant Cardines was sentenced on May 25, 2005, to 60 months (60) months jail. Defendant Cardines is currently not in custody, but due to self-surrender on June 8, 2005, 2:00 p.m. at the Federal Detention Center.

DATED: Honolulu, Hawaii, June 1, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

DATED: JUN 0 6 2005

United States v. Keith Cardines
Cr. No. 03-00496-11 HG
"Order for Dismissal"